UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-211-RJC

| | |
|---|---|
| HANNAH R. SHIVES for )<br>SUSAN D. RAY (Deceased), )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security Administration, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on the Plaintiff's Consent Supplemental Motion for Costs under the Equal Access to Justice Act 28 U.S.C. § 2412. (Doc. No. 18). Having reviewed the motion and the case file, the Court determines that Plaintiff should be awarded costs in the amount of $419.44.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Supplemental Motion for Costs, (Doc. No. 18), is **GRANTED**. The Court will award court costs in the amount of $419.44. Pursuant to 28 U.S.C. §§ 1920, 2412, the court costs of $419.44 shall be paid out of the Department of Treasury's Judgment Fund as a cost.

Signed: November 23, 2015

Robert J. Conrad, Jr.
United States District Judge